



# MEMORANDUM OPINION

No. 04-09-00716-CV

## IN THE MATTER OF C.A.W.

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-JUV-00999
Honorable Laura Parker, Judge Presiding

Opinion by:     Karen Angelini, Justice

Sitting:     Karen Angelini, Justice
Phylis J. Speedlin, Justice
Rebecca Simmons, Justice

Delivered and Filed:    September 1, 2010

AFFIRMED

C.A.W., a juvenile, pled true to an original petition alleging delinquent conduct in a juvenile case and was placed on probation for a period of eighteen months in the custody of the Chief Juvenile Probation Officer of Bexar County for the purpose of placement outside the home. C.A.W. filed a timely notice of appeal.

C.A.W.'s court-appointed appellate attorney filed a motion to withdraw and a brief in which he asserts there are no meritorious issues to raise on appeal. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *In re D.A.S.*, 973 S.W.2d 296, 299 (Tex. 1998) (orig. proceeding) (holding that *Anders* procedure applies to juvenile proceedings). Counsel states he has provided the juvenile and his guardian copies of the

brief and motion to withdraw and informed them of the juvenile's right to review the record and file his own brief. *See In re A.L.H.*, 974 S.W.2d 359, 360-61 (Tex. App.—San Antonio 1998, no pet.); *Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). No pro se brief has been filed.

We have reviewed the record and counsel's brief. We agree that the appeal is frivolous and without merit. The judgment of the trial court is affirmed. Furthermore, we grant the motion to withdraw. *See Nichols*, 954 S.W.2d at 85-86; *Bruns*, 924 S.W.2d at 177 n.1.


Karen Angelini, Justice